**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2494**

_____

MERLE T. RUTLEDGE, JR.,

Plaintiff - Appellant,

v.

CITY OF DANVILLE, VA; CAPTAIN T. E. MERRICKS, police officer
of the City of Danville, Va, in his individual and official
capacity; RENEE BURTON, senior planner for the City of
Danville, Va, in her individual and official capacity;
KENNETH C. GILLIE, JR., Director of Planning for the City of
Danville, Va, in his individual and official capacity; JOE
KING, Danville, Va City Manager, in his individual and
official capacity; COMMONWEALTH OF VIRGINIA; SHERMAN M.
SAUNDERS, Danville, Va Mayor in his individual and official
capacity,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Danville. Jackson L. Kiser, Senior
District Judge. (4:13-cv-00066-JLK)

_____

Submitted: April 17, 2014          Decided: April 21, 2014

_____

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Merle T. Rutledge, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merle T. Rutledge, Jr., appeals the district court's order imposing a pre-filing injunction and the court's opinion dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, although we grant Rutledge leave to proceed on appeal in forma pauperis, we affirm for the reasons stated by the district court. See Rutledge v. City of Danville, No. 4:13-cv-00066-JLK (W.D. Va. Dec. 9 & Dec. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3